FILED
2022 Aug-17 AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>Steve Ray Shickles, Jr.<br>*Defendant* | )<br>)  Case No. 5:22-cr-282-LCB-HNJ<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/17/2022

*Defendant's signature*

*Signature of defendant's attorney*

Latasha L. McCrary
*Printed name of defendant's attorney*

Herman N. Johnson Jr.
Digitally signed by Herman N. Johnson Jr.
Date: 2022.08.17 11:21:26 -05'00'
*Judge's signature*

Herman N. Johnson, Jr., U.S. Magistrate Judge
*Judge's printed name and title*