# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris, Clerk

August 30, 2022

TO:    Clerk, U.S. District Court
501 West Fifth Street, Suite 1100
Austin, TX 78701

                                              RE:    USA v. Steve Ray Shickles, Jr
                                                             Our Case No. 5:22-cr-282-LCB-HNJ

Dear Sir/Madam:

       Pursuant to provisions of Rule 20, Federal Rules of Criminal Procedure, I am transmitting Consent to Transfer of Case for Plea and Sentence and copies of the pleadings in the above-styled case, which I hereby certify to be true copies of the originals on file in this office.

       Please acknowledge receipt on the enclosed copy of this letter.

                                                    Sincerely,

                                                    SHARON N. HARRIS, CLERK

                                                    By:  /s/_____
                                                            K. Bowman, Deputy Clerk

Enclosures

USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **NORTHERN** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA

V.

STEVE RAY SHICKLES JR.

CRIMINAL NUMBER:

5:22 CR 282 LCB/ HNJ

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Steve Ray Shickles, Jr. , defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Texas in which I, Steve Ray Shickles, Jr., (am under arrest, am held) and to waive trial in the above captioned District.

Dated: July 25th 20 22 at _____

_(Defendant)_

_(Witness)_

_(Counsel for Defendants)_

_(Assistant United States Attorney)_

Approved

United States Attorney for the

Northern _____ District of

Alabama

Digitally signed by KRISTY CALLAHAN
Date: 2022.08.25 17:41:43 -05'00'

on behalf of the
United States Attorney for the

Western _____ District of

Texas