FILED
2022 Aug-30 PM 01:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris, Clerk

August 30, 2022

TO:   Clerk, U.S. District Court
501 West Fifth Street, Suite 1100
Austin, TX 78701

RE:   USA v. Steve Ray Shickles, Jr
Our Case No. 5:22-cr-282-LCB-HNJ

Dear Sir/Madam:

Pursuant to provisions of Rule 20, Federal Rules of Criminal Procedure, I am transmitting Consent to Transfer of Case for Plea and Sentence and copies of the pleadings in the above-styled case, which I hereby certify to be true copies of the originals on file in this office.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

SHARON N. HARRIS, CLERK

By:  /s/_____
K. Bowman, Deputy Clerk

Enclosures

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

## In the United States District Court

for the **NORTHERN** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA

V.

STEVE RAY SHICKLES JR.

CRIMINAL NUMBER:

5:22 CR 282 LCB/ HNJ

### Consent to Transfer of Case for Plea and Sentence
*(Under Rule 20)*

I, Steve Ray Shickles, Jr. , defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Texas in which I, Steve Ray Shickles, Jr., (am under arrest, am held) and to waive trial in the above captioned District.

Dated: July 25th 2022 at

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Northern District of
Alabama

Certified to be a true and correct copy of the original.
~~Shannon N. Harris~~
U.S. District Court
Northern District of Alabama

By: K. Bouman
Deputy Clerk

Digitally signed by KRISTY CALLAHAN
Date: 2022.08.25 17:41:43 -05'00'

on behalf of the
United States Attorney for the
Western District of
Texas

FILED
2022 Jul-28 PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/MRP: AUG 2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **Case No.** |
| | ) |
| **STEVE RAY SHICKLES, JR** | ) |

## <u>INFORMATION</u>

<u>**COUNT ONE**</u>**:  [18 U.S.C. § 1343]**

The United States Attorney charges that:

1.      From approximately January, 2012 to approximately January, 2019, more specific dates unknown to the United States Attorney, in Madison County, within the Northern District of Alabama, the Defendant,

**STEVE RAY SHICKLES, JR.,**

devised and intended to devise a scheme and artifice to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, transmitted, and caused to be transmitted by means of wire, radio and television communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, more specifically described below, for the purpose of executing such a scheme and artifice.

2. It was part of the scheme and artifice that **STEVE RAY SHICKLES, JR.,** would and did gain access to existing Simple Helix, Inc. financial accounts with PayPal, Inc. which held funds belonging to Simple Helix, Inc., by virtue of his job as chief Operations Officer at Simple Helix, Inc..

3. It was further part of the scheme and artifice that **STEVE RAY SHICKLES, JR.**, made multiple unauthorized charges, withdrawals and transfers from these Simple Helix, Inc. accounts with PayPal, Inc. for the purpose of using the funds for his personal expenses.

4. It was further part of the scheme and artifice that **STEVE RAY SHICKLES, JR**, used at least one debit card connected to Simple Helix, Inc.'s PayPal account to pay for personal expenses.  Each of these transfers and debit card transactions involved a wire which contacted and communicated with PayPal servers located in California.

5. It was further part of the scheme and artifice that **STEVE RAY SHICKLES, JR.** took steps to conceal his fraudulent activities, including directing a Simple Helix, Inc. employee to change a computer script which automated a daily email with a summary of Simple Helix, Inc. financial transactions.  Without this change, the daily emails to Simple Helix, Inc. employees and shareholders would have revealed the multiple payments made to the Surreptitious Accounts and his use of the debit card tied to a Simple Helix, Inc. account.  The change **STEVE RAY**

**SHICKLES, JR.** directed to the script excluded PayPal information from the update emails which allowed him to continue his fraudulent activities without detection.

6. It was further part of the scheme and artifice that **STEVE RAY SHICKLES, JR.,** created the fraudulent email address, bXXXXXX.fXXXXXX@simplehelix.com, utilizing the name of an actual person who was not a Simple Helix, Inc. employee but who did act as Simple Helix, Inc.'s outside bookkeeper, and then directed the vendor via this fraudulent email account to deposit funds due and owing to Simple Helix, Inc. into his own personal account.

7. On or about May 14, 2018, within the Northern District of Alabama and elsewhere, the Defendant,

**STEVE RAY SHICKLES, JR.,**

having devised the above scheme and in furtherance thereof, cause to be transmitted by means of wire in interstate commerce, writings, signs, signals, pictures, and sounds to effect the transfer of $75,000 from a PayPal account belonging to Simple Helix, Inc. to a bank account owned and operated by **STEVE RAY SHICKLES, JR**.

All in violation of Title 18, United States Code, Section 1343.

    PRIM F. ESCALONA
    United States Attorney

    */s/ Electronic Signature*
    MICHAEL R. PILLSBURY
    Assistant United States Attorney



Certified to be a true and correct copy of the original.
Sharnon N. Harris
U.S. District Court
Northern District of Alabama

By: K. Bowman
Deputy Clerk

# U.S. District Court
## Northern District of Alabama (Northeastern)
## CRIMINAL DOCKET FOR CASE #: 5:22-cr-00282-LCB-HNJ-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Shickles | Date Filed: 07/28/2022 |
| | Date Terminated: 08/30/2022 |

Assigned to: Judge Liles C Burke
Referred to: Magistrate Judge Herman N Johnson, Jr



**Defendant (1)**

**Steve Ray Shickles, Jr**
*TERMINATED: 08/30/2022*

represented by **Kevin L Butler**
FEDERAL PUBLIC DEFENDER
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, AL 35203
205-208-7170
Email: ALNFD_Notice@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Latasha L McCrary**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Northern District of Alabama
200 Clinton Avenue West, Suite 503
Huntsville, AL 35801
256-684-8700
Fax: 256-519-5948
Email: latasha_mccrary@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1343 FRAUD BY WIRE, RADIO, OR TELEVISION<br>(1) | Rule 20- Consent to Transfer Case |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Prim F. Escalona, US Attorney**<br>US ATTORNEY'S OFFICE<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101<br>244-2001<br>Email: Caseview.ecf@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**US Probation**<br>UNITED STATES PROBATION OFFICE<br>Robert Vance Bldg.<br>1800 5th Avenue North<br>Birmingham, AL 35203<br>205-716-2900<br>Email: alnpdb_cmecf@alnp.uscourts.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**USM**<br>UNITED STATES MARSHAL<br>Hugo Black Courthouse, Room 240<br>1729 5th Avenue North<br>Birmingham, AL 35203<br>205-731-1712<br>Email: usms-aln-courts@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Michael Ryan Pillsbury**<br>U.S. ATTORNEY'S OFFICE, |

NORTHERN DISTRICT OF ALABAMA
400 Meridian Street, Ste. 304
Huntsville, AL 35801
256-534-8285
Fax: 256-539-3270
Email: michael.pillsbury@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/28/2022 | 1 | INFORMATION as to dft Steve Ray Shickles, Jr (1) count(s) 1. (KBB) (Entered: 07/28/2022) |
| 07/28/2022 | 2 | PLEA AGREEMENT as to dft Steve Ray Shickles, Jr (KBB) (Entered: 07/28/2022) |
| 08/04/2022 | 3 | TEXT ORDER as to Steve Ray Shickles, Jr.: Arraignment set for 8/17/2022 at 9:00 AM before the undersigned via video-teleconference. Should defendant request an in-person hearing, counsel shall notify the undersigned's courtroom deputy no later than 24 hours prior to the hearing. Signed by Magistrate Judge Herman N Johnson, Jr on 8/4/22. (SHB) (Entered: 08/04/2022) |
| 08/17/2022 | 4 | WAIVER OF INDICTMENT by Steve Ray Shickles, Jr (SHB) (Entered: 08/17/2022) |
| 08/17/2022 |  | Minute Entry for proceedings held before Magistrate Judge Herman N Johnson, Jr: Initial Appearance and Arraignment as to Steve Ray Shickles Jr (1) Count 1 held on 8/17/2022; AFPD McCrary present for dft; AUSA Pillsbury present for govt; USPO King present; charges and rights explained; court addressed waiver of indictment w/ dft and Brady obligations w/ govt - parties acknowledge same; dft wvd rdg of information and entered plea of not guilty; govt does not oppose bond; dft released on $5,000 u/s bond w/ conditions more set out; hrg adj. (Court Reporter Christina Decker) (SHB) (Entered: 08/17/2022) |
| 08/17/2022 | 5 | Unsecured Bond Entered as to Steve Ray Shickles, Jr in amount of $5,000 with order setting conditions of release attached (SHB) (SHB, ). (Entered: 08/17/2022) |
| 08/26/2022 | 6 | STANDING DISCOVERY ORDER with instructions and deadlines set out as to Steve Ray Shickles, Jr. Signed by Magistrate Judge Herman N Johnson, Jr on 8/26/22. (SHB) (Entered: 08/26/2022) |
| 08/26/2022 | 7 | STANDING BRADY DISCOVERY ORDER as to Steve Ray Shickles, Jr. Signed by Magistrate Judge Herman N Johnson, Jr on 8/26/22. (SHB) (Entered: 08/26/2022) |
| 08/26/2022 | 8 | SCHEDULING ORDER and NOTICE that certain deadlines and instructions apply as set out as to Steve Ray Shickles, Jr. Signed by Magistrate Judge Herman N Johnson, Jr on 8/26/22. (SHB) (Entered: 08/26/2022) |
| 08/30/2022 | 9 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Western District of Texas Counts closed as to Steve Ray Shickles Jr (1) Count 1. (KBB) (Entered: 08/30/2022) |